UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN – BAY CITY DIVISION

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY a/s/o WHALEY STEEL CORP.<br><br>    Plaintiff,<br>vs.<br><br>B&B GENERAL CONTRACTING, INC. and NUCOR BUILDING SYSTEMS, A Foreign Corporation<br><br>    Defendants.<br>_____/ | CASE NO. 08-10678<br><br>HON. THOMAS L. LUDINGTON<br>MAG. JUDGE CHARLES E. BINDER |

Philip T. Carroll (P54383)
Attorney for Plaintiff for Fireman's Fund
COZEN O'CONNOR
222 S. Riverside Plaza, Suite 1500
Chicago, Illinois 60606
(312) 382-3147
Fax: (312) 382-8910

Brian T. McGorisk (P44353)
PLUNKETT COONEY
Attorney for Def Nucor
Plaza One Financial Center
111 E. Court Street, Suite 1B
Flint, MI 48502
(810) 342-7005
Fax: (810) 232-3159

James F. Troester (P41857)
SMITH BOVILL, P.C.
Attorney for Defendant B&B General
200 St. Andrews Road
Saginaw, MI 48638
(989) 792-9641
Fax: (989) 792-1116
_____/

## STIPULATION TO STAY MATTER PENDING
## DISPOSITION OF CIRCUIT COURT CASE

    The parties do hereby stipulate that this matter will be stayed pending disposition of the

Circuit Court case, *B & B General Contracting, Inc. v. Whaley Steel, et al.*, case number 07-

3302-CK, which is currently pending in the Iosco County Circuit Court.


| | |
|---|---|
| s/Philip T. Carroll<br>Philip T. Carroll (P54383) Atty<br>for Plaintiff, Fireman's Fund<br>Dated:6-4-08 | s/James F. Troester<br>James F. Troester (P41857)<br>Attorney for Def. B & B General<br>Dated:  6-4-08 |

s/Brian T. McGorisk
Brian T. McGorisk (P44353)
Attorney for Defendant, Nucor
Dated:  6-6-06


### ORDER ACCEPTING STIPULATION TO STAY CASE, STAYING THE CASE, SCHEDULING A STATUS CONFERENCE, DISMISSING WITHOUT PREJUDICE DEFENDANTS' MOTION TO DISMISS, AND ADJOURNING JUNE 26, 2008 HEARING

The parties' foregoing stipulation to stay the case is presently before the Court.  The Court will accept the stipulation and stay the case.  In light of the stipulation, Defendant Nucor Building Systems' pending motion to dismiss or stay the case pursuant to the Colorado River Abstention is moot.  Dkt. # 9.  It is appropriate to cancel the hearing and deny the motion without prejudice.

Accordingly, it is **ORDERED** that the parties' stipulation is accepted and the matter is **STAYED.**

It is further **ORDERED** that the parties shall appear at a status conference on **December 23, 2008 at 3:00 p.m.**  In the event that the concurrent Iosco County Circuit Court Case (*B & B General Contracting, Inc. v. Whaley Steel Corp., et al.*, Case No. 07-3302) is resolved before that date, the parties shall notify the Court within **21 days** of its resolution.

It is further **ORDERED** that Defendant's motion to dismiss is **DENIED WITHOUT PREJUDICE** as moot and the hearing currently scheduled for **June 26, 2008 at 3:00 p.m.** is **CANCELLED**.

s/Thomas L. Ludington<br>THOMAS L. LUDINGTON<br>The United States District Judge

Dated: June 10, 2008

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 10, 2008.

s/Tracy A. Jacobs<br>TRACY A. JACOBS